IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:05CR406
                               )
      v.                       )
                               )
LUISANA MIRANDA,               )         ORDER
                               )
             Defendant.        )
_____)
```

IT IS ORDERED that sentencing is rescheduled for:

**Friday, January 12, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 21st day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court